UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 15-0057 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| EDUARDO GUERRERO | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that the motion to suppress [Doc. No. 41][1] filed by Defendant Eduardo Guerrero is hereby DENIED.

MONROE, LOUISIANA, this 1st day of March, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

---

[1] The other relief sought by Defendant in his motion was previously addressed by the Magistrate Judge [Doc. No. 46].