UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 15-0057 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| EDUARDO GUERRERO | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the conditional guilty plea of Defendant Eduardo Guerrero and adjudges him guilty of the offense charged in Count One of the indictment against him, reserving his right to appeal the adverse ruling on his motion to suppress

MONROE, LOUISIANA, this 8th day of April, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE